AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

LINWOOD EDWARD TRACY, JR,

     Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                                     CASE NUMBER: **3:09-cv-00046-BES-RAM**

CLARK, et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the following motions have been rendered as moot: (#3), (#7), (#10), (#14), (#17), (#21), (#23), (#26), (#27), and (#28). This case is DISMISSED for lack of subject matter jurisdiction.

  March 27, 2009                                                   **LANCE S. WILSON**
                                                                       Clerk

                                                                      /s/ P. McDonald
                                                                      Deputy Clerk